# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TERRI SIMMONDS, | ) |
|       Plaintiff, | ) |
| | )   Case No. 3:09-CV-01201 |
| v. | ) |
| | )   Judge Haynes/Knowles |
| WAL-MART STORES, INC., | ) |
|       Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Wal-Mart Stores, Inc., ("Wal-Mart") files this motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This Court should grant the Defendant's motion for summary judgment because there are no genuine issues of material fact in this case.

A memorandum of law and separate statement of undisputed facts in support of this motion are being filed contemporaneously herewith.

Respectfully submitted,

Lawrence & Russell, PLC

By: s/ Julie Y. McLaughlin
John M. Russell
Julie Y. McLaughlin
5178 Wheelis Drive
Memphis, TN 38117
Telephone: 901-844-4433
Fax: 901-844-4435
E-mail: johnr@lawrencerussell.com
juliem@lawrencerussell.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, a true and correct copy of the foregoing was served via CM/EMF filing upon the attorneys of record.

s/ Julie Y. McLaughlin