**CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2010, a true and correct copy of **Defendant's Motion for Summary Judgment** was served via CM/EMF filing upon the following:

      James L. Harris, Esq.
      Law Office of James L. Harris
      2400 Crestmoor Road
      Nashville, TN 37215
      Telephone: 615.386.7143
      Facsimile: 615.386.7143


        s/ Julie Y. McLaughlin