## CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2010, a true and correct copy of **Defendant's Memorandum of Law in Support of Motion for Summary Judgment** was served via CM/EMF filing upon the following:

> James L. Harris, Esq.
> Law Office of James L. Harris
> 2400 Crestmoor Road
> Nashville, TN 37215
> Telephone: 615.386.7143
> Facsimile: 615.386.7143

                                              s/ Julie Y. McLaughlin