## CERTIFICATE OF SERVICE

   I hereby certify that on October 29, 2010, a true and correct copy of **Defendant's Separate Statement of Undisputed Fact in Support of Motion for Summary Judgment** was served via CM/EMF filing upon the following:

>James L. Harris, Esq.
>Law Office of James L. Harris
>2400 Crestmoor Road
>Nashville, TN 37215
>Telephone: 615.386.7143
>Facsimile: 615.386.7143

             s/ Julie Y. McLaughlin